**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KINGRALE COLLINS                                                                        PLAINTIFFS
ADC #SK945

BRANDON LACY
ADC #SK973

V.                                              NO: 5:09CV00340 JMM

LARRY NORRIS                                                                            DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge H. David Young.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition should

be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff Brandon Lacy's motion to be dismissed as a party (docket entry #5) is

GRANTED, Lacy's claims are DISMISSED WITHOUT PREJUDICE, and Lacy's name is removed

as a party Plaintiff.

2.      Plaintiff Kingrale Collins's complaint is DISMISSED WITHOUT PREJUDICE for

failure to pay the $350.00 filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to

respond to the Court's order.

3.      The Court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE