**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KINGRALE COLLINS                                                                                PLAINTIFFS
ADC #SK945

BRANDON LACY
ADC #SK973

V.                                         NO: 5:09CV00340 JMM

LARRY NORRIS                                                                                     DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE